The People of the State of New York, Respondent, *v.* Arnold Streep, Appellant.

(Argued April 20, 1934; decided May 29, 1934.)

*Joab H. Banton* and *Harry C. Kane* for appellant.
*William Copeland Dodge, District Attorney (Le Roy Mandle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Pound, Ch. J., O'Brien, Hubbs and Loughran, JJ. Dissenting: Crane, Lehman and Crouch, JJ.